PEOPLE v FLOWERS. Appeal from Recorder's Court of Detroit, Donald S. Leonard, J. Submitted Division 1 April 12, 1972, at Detroit. (Docket No. 12485.) Decided May 5, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Thomas P. Smith,* Assistant Prosecuting Attorney, for the people.

*Lawrence B. MacDonald (Carl Ziemba,* of counsel), for defendant on appeal.

Before: FITZGERALD, P. J., and McGREGOR and O'HARA, JJ.

MEMORANDUM OPINION. Defendant was convicted upon a jury's

verdict following eyewitness testimony of the crime of armed robbery*
and was sentenced to a term in prison of from 10 to 20 years, with
credit for time spent in jail awaiting trial, and now appeals as of
right.

An examination of the record and briefs discloses no reversible
error.

We affirm.